IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LEODIS RANDLE | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:18cv00175-SWW-JJV |
| NORTH LITTLE ROCK PROBATION | * |
| AND PAROLE OFFICE; *et al*. | * |
| | * |
| Defendants. | * |

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge Susan Webber Wright. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.  Why the record made before the magistrate judge is inadequate.

2.  Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Leodis Randle ("Plaintiff") filed this action pursuant to 42 U.S.C. § 1983 on March 6, 2018, without paying the $400.00 filing fee or filing a motion to proceed *in forma pauperis*. (Doc. No. 1.) In a March 8, 2018, Order, I directed Plaintiff to: (1) pay the filing fee or file a motion to proceed in forma pauperis within thirty days; and (2) file a superseding amended complaint, if he chose to do so, within thirty days. (Doc. No. 3.) As explained in the Order, Plaintiff identified numerous individuals in his Complaint, but it was not clear if the information he provided was for background purposes, or if he wished to sue each of those individuals. (*Id*. at 2-3.) Further, Plaintiff's allegations against many of those individuals were unclear. (*Id*. at 3.) Accordingly, the March 8, 2018, Order asked Plaintiff to: name each party he believes deprived him of his constitutional rights and whom he wishes to sue in this action; provide specific facts against each named defendant in a simple, concise, and direct manner, and indicate dates, times, and place, if applicable; indicate whether he is suing each defendant in his/her individual or official capacity, or in both capacities; explain how each defendant's actions allegedly harmed him personally; and explain the relief he seeks. (*Id*.)

On April 4, 2018, Plaintiff filed a Notice explaining that he had completed an application to proceed *in forma pauperis*, but he alleges the Pulaski County Detention Center is preventing certain of his mail from reaching its destination. (Doc. No. 4.) Plaintiff also contends he has been allowed to proceed *in forma pauperis* under the imminent danger exception in a different case pending in this Court. (*Id.*) Plaintiff, however, is not excused from paying the filing fee or filing a motion to proceed *in forma pauperis* in this case, based on his *in forma pauperis* status in another case. *See* 28 U.S.C. §§ 1915 & 1915A. Further, Plaintiff was also allowed thirty days to file an amended complaint if he chose to do so.

More than thirty days have now passed, and Plaintiff has not complied with my Order. He was warned that such failure would result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (Doc. No. 3.)

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

DATED this 25th day of April, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE