IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE *
 *
 Plaintiff, *
v. *
 * No. 4:18CV00175-SWW
NORTH LITTLE ROCK PROBATION *
AND PAROLE OFFICE; *et al*. *
 *
 Defendants. *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Randle's timely filed objections and making a *de novo* review of pertinent portions of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's case is DISMISSED without prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 10th day of May, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE