# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

LEODIS RANDLE

    Plaintiff,

v.　　　　　　　　　　　　　　　　No. 4:18CV00175-SWW

NORTH LITTLE ROCK PROBATION
AND PAROLE OFFICE; *et al*.

    Defendants.

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 10th day of May, 2018.

                                                 /s/Susan Webber Wright
                                               UNITED STATES DISTRICT JUDGE